```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

          - v. -                  :
                                         INDICTMENT
EARL MALLOY,                      :
    a/k/a "John McCloy,"                 07 Cr. ____
                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - - - x
```



**07 CRIM.   898**

### COUNT ONE

The Grand Jury charges:

1.   On about or about August 16, 2007, in the Southern District of New York, EARL MALLOY, a/k/a "John McCloy," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, and having had three previous convictions for a violent felony, committed on occasions different from one another, to wit, (i) a conviction on or about August 6, 1999, in New York Supreme Court, Bronx County, for robbery in the third degree, a Class D felony; (ii) a conviction on or about April 19, 1989, in New York Supreme Court, Bronx County, for robbery in the first degree, a Class B felony; and (iii) a conviction on or about July 15, 1983, in New York Supreme Court, Bronx County, for attempted robbery in the second degree, a Class D felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm and ammunition, to wit, a loaded Taurus .357 caliber handgun and two Companhia Brasileira de Cartuchos ("CBC") .357 caliber bullets,

which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e).)

### COUNT TWO

The Grand Jury further charges:

2. On or about August 16, 2007, in the Southern District of New York, EARL MALLOY, a/k/a "John McCloy," the defendant, together with others known and unknown, unlawfully, willfully, knowingly, and with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force and violence.

(Title 18, United States Code, Sections 2119(1) and 2.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EARL MALLOY,
a/k/a "John McCloy,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 922(g), 924(e),
2119(1) and 2)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*Jennise Suarez-Peña*

9/24/07 Filed Indictment. Case Assigned to Judge Marrero

3