```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA      :
                              :
                              :
     - against -              :    07 CR 898 (VM)
                              :
                              :         **ORDER**
                              :
EARL MALLOY,                  :
                              :
          defendant.          :
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that Roland Thau, the attorney assigned to represent the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. Richard Lind.

**SO ORDERED.**

Dated: New York, New York
       1 February 2008

                                   _____
                                        VICTOR MARRERO
                                           U.S.D.J.