**U.S. Department of Justice**



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2008

**By Fax**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: United States v. Earl Malloy,
           07 Cr. 898 (VM)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-19-08
```

Dear Judge Marrero:

      This Government respectfully requests that the Court schedule a pre-trial conference in the above-captioned case for Friday, March 28, 2008, at 10:30 a.m. Trial is currently scheduled to begin on April 21, 2008. I have been advised by Mr. Richard Lind, attorney for the defendant, that his client possibly intends to enter a plea of guilty at the next conference. If, however, the defendant does not change his plea, the parties would like to confer with the Court regarding final scheduling and organizational matters for the April 21, 2008 trial. In anticipation of a possible guilty plea, I have attached a copy of a *Pimentel* letter that was recently sent to Mr. Lind. This letter follows a January 4, 2008 *Pimentel* letter that was sent to prior defense counsel, Mr. Roland Thau.

                                Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

                            By: _____
                                RANDALL W. JACKSON
                                Assistant United States Attorney
                                Tel: (212) 637-1029
                                Fax: (212) 637-2937

Request GRANTED. A status conference herein is scheduled for 3-28-08 at 10:00 a.m. to address the matter described above by the Government.

SO ORDERED.

3-19-08
DATE   VICTOR MARRERO, U.S.D.J.

cc:     Richard Lind, Esq. (by facsimile - 212-371-2961)