```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :        Order
UNITED STATES OF AMERICA            : Rescheduling Conference
                                    :
                                    :
                 Plaintiff,         :    07 CR. 898(VM)
                                    :
                                    :
     - against -                    :
                                    :
EARLY MALLOY                        :
                                    :
                 Defendant.         :
------------------------------------X
```

Counsel for all parties are advised that the sentencing before Judge Marrero scheduled for August 22, 2008 at 11:30 a.m. is adjourned to September 19, 2008 at 2:00 p.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this conference.

**Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.**

Dated:   New York, New York
         June 24, 2008

*[signature]*

Victor Marrero
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-08
```